**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In Re:
    **Charles S. Harris, Jr.**                      Chapter 13
    **Aka Crist Swann**                        Case Number 18-22620−rdd
                          Debtor.

---

## ORDER AUTHORIZING CHARLES S. HARRIS, JR. AKA CRIST SWANN TO RETAIN
## NATASHA MERUELO, ESQ. AS ATTORNEY FOR THE DEBTOR

Upon consideration of the application of Charles S. Harris, Jr. aka Crist Swann (the "Debtor"), by notice of presentment dated October 1, 2018, requesting authorization to employ Natasha Meruelo, Esq. as counsel to represent the Debtor (the "Application"); and upon the Affirmation of Natasha Meruelo, Esq. ("Attorney") and the Contract for Chapter 13 Services annexed to the Attorney's Affirmation; and after due and sufficient notice of the Application and the opportunity for a hearing thereon, there being no opposition to the requested relief; and it appearing that Attorney does not hold or represent an adverse interest to the Debtor or the estate with respect to the matters upon which she will be retained, that she is disinterested under 11 U.S.C. § 101(14), and that her retention is necessary and in the best interests of the estate; and good and sufficient cause appearing, it is hereby

**ORDERED**, that the Application is granted as set forth herein; and it is further

**ORDERED**, that the Debtor's retention of Attorney is approved upon the terms set forth in the Contract for Chapter 13 Services, a copy of which is attached hereto as **Exhibit A**, *nunc pro tunc,* to the date Attorney started to provided services thereunder; and it is further

**ORDERED**, that the compensation and reimbursement of expenses above the amounts paid thus far by the Debtor to the Attorney shall be sought upon, and paid only upon an order

1

granting, a proper application pursuant to § § 330 and 331 of the United States Bankruptcy Code, as the case may be, and the applicable Bankruptcy Rules, Local Rules and fee and expense guidelines and orders of this Court, and it is further

**ORDERED**, that the retainer paid to Attorney by the Debtor thus far in the amount of $6,000.00 to cover the "Base Fee" and additional "Non Base Fees" and expenditures is approved; and it is further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters related to compensation and reimbursement or representation of the Debtor and his estate.

Dated: White Plains, New York
      October 22, 2018  /s/ Robert D. Drain
                                                          Hon. Robert D. Drain
                                                          United States Bankruptcy Judge