UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re:

    **Charles S. Harris, Jr.**                         Chapter 13
    **Aka Crist Swann**                          Case Number 18-22620-rdd

                   Debtor.

---

### DEBTOR'S OPPOSITION TO OBJECTION TO CONFIRMATION OF AMENDED PLAN

Charles S. Harris, Jr. aka Crist Swann ("Debtor"), by his attorney, Natasha Meruelo, hereby submits his opposition to the Objection to Confirmation ("Objection") filed by Fay Servicing LLC, as servicer for Goshen Mortgage LLC, as Separate Trustee for GDBT I Trust 2011-1 ("Goshen") and in support thereof states as follows:

1. The Debtor filed a petition for relief under Chapter 13 of Bankruptcy Code on April 27, 2018 ("Bankruptcy Case").

2. The Debtor is the owner of a multi family property known as 39 Primrose Avenue Mount Vernon, NY 10552 ("Investment Property").

3. The Debtor filed an Amended Chapter 13 Plan on September 13, 2018 in which he proposed to "cram down" Goshen's secured claim to the value of the Investment Property, which is $150,000.00 or less as explained herein.

    a. The Debtor attached an Appraisal valuing the Investment Property at $300,000.00 as well as an Engineer's Report itemizing at least $191,250.00 of major repairs needed to be completed with respect the Investment Property.

1

    b. The Debtor also disclosed in his amended petition and schedules filed September 13, 2018, that there are additional major issues with the Investment Property that were not addressed by the Engineer's Report or Appraisal. Specifically, the Investment Property requires a lead based paint remediation to be completed, a oil tank remediation per the Mt Vernon Fire Department, and sewer line repair and foundation repair, all of which are estimated to cost a minimum $150,000 in addition to repairs identified in Engineer's Report and the appraisal.

    c. The Debtor has had additional experts come to the Investment Property to price out these repairs and is awaiting invoices and/or estimates.

4. Upon review of Goshen's Objection and the appraisal Goshen obtained, it appears that Goshen has failed to alert this Court as to material information regarding the appraisal it has presented to this Court in support of its position.

5. Specifically, Goshen did not obtain an appraisal of the Investment Property based on its present condition. Instead, as set forth in the report, Goshen chose to order an appraisal of the **hypothetical value** of the Investment Property, assuming it were in good condition, and as such, the appraisal relies on comparable sales that are wholly inappropriate given the actual present condition and state of the Investment Property. All of the values used in Goshen's appraisal were of multi family properties that were in good condition, not needing the major repairs that the Debtor's investment property currently needs. Furthermore, the comparable relied upon can actually generate rental income, which the Investment Property cannot until the lead paint remediation is completed.

6. Goshen's appraiser specifically made comments on improvements at page 1 of 5 (See attached) of the Appraisal report as follows:

   "The subject was found to be in poor overall condition with major deferred maintenance observed. The current owner has reconfigured the layout of the subject property and it is deemed highly personalized. Although the subject has three kitchens, it does not currently function as a three family. At the time of the inspection, the subject's utilities were on and working. As per the clients request, this report is made "subject to" original three family use, function and layout; interior and exterior in good overall condition, effective age of approximately 20 years, fully functioning mechanicals / systems and no environmental health or safety issues."

   Goshen's appraiser also notes in his report that he cannot provide certain information as to how much it would cost to make certain repairs.

7. In addition, as stated on page 3 of 5 of the Appraisal Report (attached), the appraisal was made:

   "Subject to the following repairs or alterations on the basis of a **hypothetical** condition that the repairs or alterations have been completed. As per client's request, this report is made subject to original three family use, function and layout; interior and exterior in good overall condition, effective age of approximately 20 years, fully functioning mechanicals/systems and no environmental health or safety issues." *emphasis added*.

8. The Investment Property is not functioning as a three family and would need significant repairs and alterations to the floorpan and layout to be able to be used as such. Furthermore, the interior and exterior are not in good condition, as acknowledged by Goshen's appraiser and also the appraisal and engineers report submitted by the Debtor. Finally the Investment Property has major environmental, health and safety issues.

9. Thus, it is respectfully submitted that Goshen's appraisal which forms the basis for its Objection is wholly unreliable and Goshen's Objection should be denied.

10. With respect to Goshen's assertion that the Debtor's Amended Chapter 13 Plan fails to account for taxes and property insurance, it is the Debtor's intention to pay these expenses himself as they become due going forward.

11. The Debtor avers that his Amended Chapter 13 Plan as proposed comports with the requirements of Title 11, is confirmable, feasible and provides that Goshen retain its lien in the amount of the secured portion of its claim, subject to the limitations set forth in Section 3.5 of the Amended Chapter 13 Plan.

12. The Debtor has made all of his amended plan payments of $4,000.00 with no issue.

WHEREFORE, the Debtor respectfully requests that Court (1) deny Goshen's Objection in its entirety for the reasons set forth herein, (2) permit the Debtor to proceed with his Amended Chapter 13 Plan of reorganization, and (3) for any other relief this Court deems just and proper.

Dated: White Plains, New York
       November 7, 2018

                                                    _____
                                                    Natasha Meruelo, Esq.
                                                    Attorney for the Debtor
                                                    99 Church Street, 4th Floor
                                                    White Plains, NY 10601
                                                    TEL (914) 517-7565

# APPRAISAL OF



Multi-Family Residence

## LOCATED AT:

39 Primrose Avenue
Mount Vernon, NY  10552

## CLIENT:

Spurs Capital
237 W. 35th Street, Suite 1102
New York, NY, 10001

## AS OF:

October 4, 2018

## BY:

Michael Lang
45000045694

10/04/2018

Daniel George
Spurs Capital
237 W. 35th Street, Suite 1102
New York, NY, 10001

File Number: 39 Primrose Avenue

In accordance with your request, I have appraised the real property at:

39 Primrose Avenue
Mount Vernon, NY 10552

The purpose of this appraisal is to develop an opinion of the defined value of the subject property, as improved. The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the defined value of the property as of October 4, 2018 is:

$650,000
Six Hundred Fifty Thousand Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final opinion of value, descriptive photographs, assignment conditions and appropriate certifications.

Respectfully Submitted,

*[signature: Michael Lang]*

Michael Lang
45000045694

Mueller, Lang & Associates, LLC.

Mueller, Lang & Associates, LLC.

# Small Residential Income Property Appraisal Report

Harris
File No. 39 Primrose Avenue

## PURPOSE

The purpose of this appraisal report is to provide the client with a credible opinion of the defined value of the subject property, given the intended use of the appraisal.

Client Name/Intended User **Spurs Capital**  E-mail **dgeorge@spurscapital.com**
Client Address **237 W. 35th Street, Suite 1102**  City **New York**  State **NY**  Zip **10001**
Additional Intended User(s) **None Noted**

Intended Use **The use of this report is for private valuation purposes only. This report is made as of 10/04/2018, the date of inspection. This report is not intended for any other use.**

## SUBJECT

Property Address **39 Primrose Avenue**  City **Mount Vernon**  State **NY**  Zip **10552**
Owner of Public Record **Charles Harris**  County **Westchester**
Legal Description **Section: 165.38; Block: 1044; Lot: 9**
Assessor's Parcel # **0800-165-038-01044-000-0009**  Tax Year **2017**  R.E. Taxes $ **15,827**
Neighborhood Name **Primrose Park**  Map Reference **Hagstrom; 9, E-26**  Census Tract **0039.00**
Property Rights Appraised [X] Fee Simple  [ ] Leasehold  [ ] Other (describe)

## SALES HISTORY

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Prior Sale/Transfer: Date **None Noted**  Price **Within 36 Months**  Source(s) **HGMLS/Realist.com/Assessor**
Analysis of prior sale or transfer history of the subject property (and comparable sales, if applicable) **No prior sale or transfer of the subject property within the past 36 months, nor any of the comparables within the past 12 months except if noted via available data sources.**

Offerings, options and contracts as of the effective date of the appraisal **None Known As Of Effective Date**

## NEIGHBORHOOD

| Neighborhood Characteristics | 2-4 Unit Housing Trends | 2-4 Unit Housing | Present Land Use % |
|---|---|---|---|
| Location: [ ] Urban [X] Suburban [ ] Rural | Property Values: [ ] Increasing [X] Stable [ ] Declining | PRICE  AGE | One-Unit 75% |
| Built-Up: [X] Over 75% [ ] 25-75% [ ] Under 25% | Demand/Supply: [ ] Shortage [X] In Balance [ ] Over Supply | $(000) (yrs) | 2-4 Unit 10% |
| Growth: [ ] Rapid [X] Stable [ ] Slow | Marketing Time: [X] Under 3 mths [ ] 3-6 mths [ ] Over 6 mths | 348 Low 0 | Multi-Family 5% |

Neighborhood Boundaries **The subject neighborhood is bounded by the Cross County Parkway to the North; Route 22 to the East; E. Lincoln Avenue to the South and Gramatan Avenue to the West.**
675 High 150  Commercial 5%
455 Pred. 100  Other 5%

Neighborhood Description **The appeal of the subject marketing area is deemed average and is within close proximity to schools, shopping areas and other city amenities. Employment stability is deemed average and large employment centers are within commuting distance. Small businesses primarily make up the commercial land use and is not deemed adverse to marketability.**

Market Conditions (including support for the above conclusions) **See Addendum.**

## SITE

Dimensions **(Subject to Survey)**  Area **7328 Sq.Ft.**  Shape **Irregular**  View **Average**
Specific Zoning Classification **R-3**  Zoning Description **Multi-Family Residence**
Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)
Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No  If No, describe. **See Addendum.**

| Utilities | Public | Other (describe) |  | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | X |  | Water | X |  | Street Asphalt | X |  |
| Gas | X |  | Sanitary Sewer | X |  | Alley None |  |  |

Site Comments **Appraiser has not checked land records for recorded easements, encroachments, environmental conditions, land uses, etc. and has only recorded what seems to be apparent. The subject property was built prior to 1978. Residential structures built prior to 1978 may contain lead-based paint. Appraiser is not responsible for testing to determine if the paint surfaces in the subject property are indeed lead-based. The subject was at one time heated by Oil. As per the owner, the tank is in-ground. No visible evidence of seepage or contamination noted. Your appraiser is not an expert in environmental conditions and recommends an expert in this field be consulted.**

## IMPROVEMENTS

| GENERAL DESCRIPTION | FOUNDATION | EXTERIOR DESCRIPTION  materials | INTERIOR  materials |
|---|---|---|---|
| Units: [ ] Two [X] Three [ ] Four | [ ] Concrete Slab [ ] Crawl Space | Foundation Walls  Stone | Floors  HW,Cer |
| [ ] Accessory Unit (describe below) | [X] Full Basement [ ] Partial Basement | Exterior Walls  Clapbrd,Wd Shg | Walls  Drywall,Metal |
| # of Stories 2.5  # of bldgs. 1 | Basement Area  1,325 sq. ft. | Roof Surface  Asphlt Shg,Slate | Trim/Finish  HW,Paint,Metal |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | Basement Finish  0 % | Gutters & Downspouts  Aluminum | Bath Floor  Cer,Mrbl |
| [X] Existing [ ] Proposed [ ] Under Const. | [ ] Outside Entry/Exit [ ] Sump Pump | Window Type  Casement | Bath Wainscot  Cer,Mrbl |
| Design (Style)  Victorian | Evidence of [ ] Infestation | Storm Sash/Insulated  No / Yes | Car Storage |
| Year Built  1896 | [ ] Dampness [ ] Settlement | Screens  Yes | [ ] None |
| Effective Age (Yrs) 20 | Heating/Cooling | Amenities | [X] Driveway  # of Cars 2 |
| Attic [ ] None | [ ] FWA [X] HW [ ] Radiant | [X] Fireplace(s) # 1 [ ] WoodStove(s) #0 | Driveway Surface  Asphalt |
| [ ] Drop Stair [ ] Stairs | [ ] Other  Fuel Gas | [ ] Patio/Deck None [ ] Fence None | [ ] Garage  # of Cars |
| [ ] Floor [X] Scuttle | [ ] Central Air Conditioning | [ ] Pool None [X] Porch 3 | [ ] Carport  # of Cars |
| [ ] Finished [ ] Heated | [ ] Individual [X] Other None | [ ] Other None | [ ] Att. [ ] Det. [ ] Built-in |

# of Appliances | Refrigerator 3 | Range/Oven 3 | Dishwasher 1 | Disposal | Microwave 1 | Washer/Dryer 1/1 | Other (describe)

Unit # 1 contains: 5 Rooms  2 Bedroom(s)  1 Bath(s)  1,436 Square feet of Gross Living Area
Unit # 2 contains: 5 Rooms  2 Bedroom(s)  1 Bath(s)  1,325 Square feet of Gross Living Area
Unit # 3 contains: 3 Rooms  1 Bedroom(s)  1 Bath(s)  876 Square feet of Gross Living Area
Unit # 4 contains:  Rooms  Bedroom(s)  Bath(s)  Square feet of Gross Living Area
Additional features  **None Noted**

Comments on the Improvements  **The subject was found to be in poor overall condition with major deferred mainteneance observed. The current owner has reconfigured the layout of the subject property and it is deemed highly personalized. Although the subject has three kitchens, it does not currently function as a three family. At the time of the inspection, the subject's utilities were on and working. As per the clients request, this report is made "subject to" original three family use, function and layout; interior and exterior in good overall condition, effective age of approximately 20 years, fully functioning mechanicals / systems and no environmental health or safety issues.**


The following properties represent the most current, similar, and proximate comparable rental properties to the subject property. This analysis is intended to support the opinion of the market rent for the subject property.

### COMPARABLE RENTAL DATA

| FEATURE | SUBJECT | COMPARABLE RENTAL NO. 1 | COMPARABLE RENTAL NO. 2 | COMPARABLE RENTAL NO. 3 |
|---|---|---|---|---|
| Address | 39 Primrose Avenue, Mount Vernon, NY 10552 | | | |
| Proximity to Subject | | | | |
| Current Monthly Rent | $ | $ | $ | $ |
| Rent/Gross Bldg. Area | $ 0.00 sq. ft. | $ sq. ft. | $ sq. ft. | $ sq. ft. |
| Rent Control | ☐ Yes [X] No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Data Source(s) | Insp/Public Record | | | |
| Date of Lease(s) | Unknown | | | |
| Location | Average | | | |
| Actual Age | 122+/- Years | | | |
| Condition | Good | | | |
| Gross Building Area | 3637 sq.ft. | | | |

| Unit Breakdown | Rm Count Tot / Br / Ba | Size Sq. Ft. | Rm Count Tot / Br / Ba | Size Sq. Ft. | Monthly Rent | Rm Count Tot / Br / Ba | Size Sq. Ft. | Monthly Rent | Rm Count Tot / Br / Ba | Size Sq. Ft. | Monthly Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # 1 | 5 / 2 / 1 | 1,436 | | | $ | | | $ | | | $ |
| Unit # 2 | 5 / 2 / 1 | 1,325 | | | $ | | | $ | | | $ |
| Unit # 3 | 3 / 1 / 1 | 876 | | | $ | | | $ | | | $ |
| Unit # 4 | | | | | $ | | | $ | | | $ |
| Utilities Included | None Known | | | | | | | | | | |

Analysis of rental data and support for estimated market rents for the individual subject units reported below (including the adequacy of the comparables, rental concessions, etc.)
N/A - Not Developed

### SUBJECT RENT SCHEDULE

**Rent Schedule:** The appraiser must reconcile the applicable indicated monthly market rents to provide an opinion of the market rent for each unit in the subject property.

| | Leases | | Actual Rents | | | Opinion Of Market Rent | | |
|---|---|---|---|---|---|---|---|---|
| | Lease Date | | Per Unit | | Total | Per Unit | | Total |
| Unit # | Begin Date | End Date | Unfurnished | Furnished | Rents | Unfurnished | Furnished | Rents |
| 1 | | | $ | $ | $ | $ | $ | $ |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |

Comment on lease data 
Total Actual Monthly Rent $
Other Monthly Income (itemize) $
Total Actual Monthly Income $
Total Gross Monthly Rent $
Other Monthly Income (itemize) $
Total Estimated Monthly Income $

Utilities included in estimated rents ☐ Electric ☐ Water ☐ Sewer ☐ Gas ☐ Oil ☐ Cable ☐ Trash collection ☐ Other (describe)
Comments on actual or estimated rents and other monthly income (including personal property)    N/A - Not Developed

### COST APPROACH TO VALUE

Site Value Comments    N/A - Not Developed

ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW    OPINION OF SITE VALUE........................= $    N/A
Source of cost data    Dwelling    Sq. Ft. @ $    ............= $
Quality rating from cost service    Effective date of cost data    Sq. Ft. @ $    ............= $
Comments on Cost Approach (gross living area calculations, depreciation, etc.)
Garage/Carport    Sq. Ft. @ $    ............= $
Total Estimate of Cost-New    ............= $
Less    N/A    Physical    Functional    External
Depreciation    = $ (                    )
Depreciated Cost of Improvements................= $
"As-is" Value of Site Improvements................= $

INDICATED VALUE BY COST APPROACH.....................= $

### ADDITIONAL COMMENTS



Mueller, Lang & Associates, LLC.
# Small Residential Income Property Appraisal Report

Harris
File No. 39 Primrose Avenue

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 39 Primrose Avenue<br>Mount Vernon, NY 10552 | 25 E Cedar Street<br>Mount Vernon, NY 10552 | | 229 N Fulton Avenue<br>Mount Vernon, NY 10552 | | 110 Wallace Avenue<br>Mount Vernon, NY 10552 | |
| Proximity to Subject | | 0.20 miles NE | | 0.33 miles SE | | 0.08 miles SE | |
| Sale Price | $ | | $ 675,000 | | $ 651,121 | | $ 550,000 |
| Sale Price/Gross Bldg. Area | $ 0.00 sq.ft | $ 185.69 sq.ft | | $ 238.24 sq.ft | | $ 211.54 sq.ft | |
| Gross Monthly Rent | $ N/A | $ N/A | | $ N/A | | $ N/A | |
| Gross Rent Multiplier | N/A | N/A | | N/A | | N/A | |
| Price Per Unit | $ N/A | $ 225,000 | | $ 217,040 | | $ 183,333 | |
| Price Per Room | $ N/A | $ 56,250 | | $ 59,193 | | $ 50,000 | |
| Price Per Bedroom | $ N/A | $ 135,000 | | $ 130,224 | | $ 110,000 | |
| Rent Control | [ ] Yes [X] No | [ ] Yes [X] No | | [ ] Yes [X] No | | [ ] Yes [X] No | |
| Data Source(s) | Inspection | HGMLS/Clsd/Broker | | HGMLS/Clsd/Broker | | HGMLS/Clsd/Broker | |
| Verification Source(s) | Public Record | HGMLS# 4804442 - DOM: 66 | | HGMLS# 4806923 - DOM: 24 | | HGMLS# 4817160 - DOM: 51 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment |
| Sale or Financing<br>Concessions | | Conventional | | Conventional | | Conventional | |
| Date of Sale/Time | | 06/11/2018 | 0 | 05/11/2018 | 0 | 08/10/2018 | 0 |
| Location | Average | Average | | Average | | Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 7328 Sq.Ft. | 6864 Sq.Ft. | 0 | 5683 Sq.Ft. | 0 | 5038 Sq.Ft. | 0 |
| View | Average | Average | | Average | | Average | |
| Design (Style) | Victorian | Colonial | 0 | Victorian | | Colonial | 0 |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 122+/- Years | 104+/- Years | 0 | 122+/- Years | | 119+/- Years | 0 |
| Condition | Good | Sl Superior 5% | -33,750 | Good | | Sl Inferior 5% | 27,500 |
| Gross Building Area 50.00 | 3637 sq.ft. | 3635 sq.ft. | 0 | 2733 sq.ft. | 45,000 | 2600 sq.ft. | 52,000 |
| Unit Breakdown | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Unit # 1 | 5  2  1 | 5  2  1 | | 5  3  1 | 0 | 4  2  1 | 0 |
| Unit # 2 | 5  2  1 | 4  2  1 | 0 | 4  2  1 | 0 | 4  2  1 | 0 |
| Unit # 3 | 3  1  1 | 3  1  1 | | 2  0  1 | 0 | 3  1  1 | |
| Unit # 4 | | | | | | | |
| Basement Description | Full | Full | | Full | | Full | |
| Basement Finished Rooms | Unfinished | Unfinished | | Finished | -15,000 | Unfinished | |
| Functional Utility | 3 Family/Good | 3 Family/Good | | 3 Family/Good | | 3 Family/Good | |
| Heating/Cooling | Gas HW/None | Oil Steam/None | 0 | Oil HW/None | | Oil Steam/None | 0 |
| Energy Efficient Items | None Known | None Known | | None Known | | None Known | |
| Parking On/Off Site | Driveway | None | 10,000 | 2 Car Garage | -20,000 | 1 Car Garage | -10,000 |
| Porch/Patio/Deck | Porch(3) | Similar | 0 | Similar | 0 | Similar | 0 |
| MLS Contract Date | N/A | 04/12/2018 | 0 | 03/27/2018 | 0 | 06/11/2018 | 0 |
| Net Adjustment (Total) | | [ ]+ [X]- | $ 23,750 | [X]+ [ ]- | $ 10,000 | [X]+ [ ]- | $ 69,500 |
| Adjusted Sale Price<br>of Comparables | | Net Adj. -3.5 %<br>Gross Adj. 6.5 % | $ 651,250 | Net Adj. 1.5 %<br>Gross Adj. 12.3 % | $ 661,121 | Net Adj. 12.6 %<br>Gross Adj. 16.3 % | $ 619,500 |
| Adj. Price Per Unit (Adj. SP Comp / # of Comp Units) | | $ 217,083 | | $ 220,374 | | $ 206,500 | |
| Adj. Price Per Room ((Adj. SP Comp / # of Comp Rooms) | | $ 54,271 | | $ 60,102 | | $ 56,318 | |
| Adj. Price Per Bdrm. (Adj. SP Comp / # of Comp Bedrooms) | | $ 130,250 | | $ 132,224 | | $ 123,900 | |

Summary of Sales Comparison Approach   When deemed necessary, comparable(s) requiring adjustments that exceed the suggested guidelines (10% individual, 15% net & 25% gross) have been utilized due to them being the most indicative of the subject market value. The comparables processed in this report were deemed the best available as of the effective date of this report and as adjusted represent a reasonable range of value in developing an opinion of market value for the subject property. The comparable data and sources of information used in this report are considered to be reliable and correct. See Addendum.

## INCOME APPROACH TO VALUE
Estimated Monthly Market Rent $    N/A   X Gross Rent Multiplier   N/A   = $   N/A   Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)   N/A - Not Developed

Indicated Value by: Sales Comparison Approach $ 650,000    Cost Approach (if developed) $ N/A    Income Approach (if developed) $ N/A
See Addendum.

This appraisal is made [ ] "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,
[X] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed    [ ] subject to the following:
As per the clients request, this report is made "subject to" original three family use, function and layout; interior and exterior in good overall condition, effective age of approximately 20 years, fully functioning mechanicals / systems and no environmental health or safety issues.
Based on the scope of work, assumptions, limiting conditions and appraiser's certification, my (our) opinion of the defined value of the real property that is the subject of this report is $ 650,000    as of 10/04/2018   , which is the effective date of this appraisal.



Produced using ACI software, 800.234.8727 www.aciweb.com
Page 3 of 5
NY - CT - NJ
This form Copyright © 2005-2014 ACI Division of ISO Claims Services, Inc., All Rights Reserved.
(gPAR™) General Purpose Appraisal Report  05/2010
GPAR1025_10 05262010

## Scope of Work, Assumptions and Limiting Conditions

**Scope of work is defined in the Uniform Standards of Professional Appraisal Practice as " the type and extent of research and analyses in an assignment." In short, scope of work is simply what the appraiser did and did not do during the course of the assignment. It includes, but is not limited to: the extent to which the property is identified and inspected, the type and extent of data researched, the type and extent of analyses applied to arrive at opinions or conclusions.**

**The scope of this appraisal and ensuing discussion in this report are specific to the needs of the client, other identified intended users and to the intended use of the report. This report was prepared for the sole and exclusive use of the client and other identified intended users for the identified intended use and its use by any other parties is prohibited. The appraiser is not responsible for unauthorized use of the report.**

**The appraiser's certification appearing in this appraisal report is subject to the following conditions and to such other specific conditions as are set forth by the appraiser in the report. All extraordinary assumptions and hypothetical conditions are stated in the report and might have affected the assignment results.**

1. The appraiser assumes no responsibility for matters of a legal nature affecting the property appraised or title thereto, nor does the appraiser render any opinion as to the title, which is assumed to be good and marketable. The property is appraised as though under responsible ownership.

2. Any sketch in this report may show approximate dimensions and is included only to assist the reader in visualizing the property. The appraiser has made no survey of the property.

3. The appraiser is not required to give testimony or appear in court because of having made the appraisal with reference to the property in question, unless arrangements have been previously made thereto.

4. Neither all, nor any part of the content of this report, copy or other media thereof (including conclusions as to the property value, the identity of the appraiser, professional designations, or the firm with which the appraiser is connected), shall be used for any purposes by anyone but the client and other intended users as identified in this report, nor shall it be conveyed by anyone to the public through advertising, public relations, news, sales, or other media, without the written consent of the appraiser.

5. The appraiser will not disclose the contents of this appraisal report unless required by applicable law or as specified in the Uniform Standards of Professional Appraisal Practice.

6. Information, estimates, and opinions furnished to the appraiser, and contained in the report, were obtained from sources considered reliable and believed to be true and correct. However, no responsibility for accuracy of such items furnished to the appraiser is assumed by the appraiser.

7. The appraiser assumes that there are no hidden or unapparent conditions of the property, subsoil, or structures, which would render it more or less valuable. The appraiser assumes no responsibility for such conditions, or for engineering or testing, which might be required to discover such factors. This appraisal is not an environmental assessment of the property and should not be considered as such.

8. The appraiser specializes in the valuation of real property and is not a home inspector, building contractor, structural engineer, or similar expert, unless otherwise noted. The appraiser did not conduct the intensive type of field observations of the kind intended to seek and discover property defects. The viewing of the property and any improvements is for purposes of developing an opinion of the defined value of the property, given the intended use of this assignment. Statements regarding condition are based on surface observations only. The appraiser claims no special expertise regarding issues including, but not limited to: foundation settlement, basement moisture problems, wood destroying (or other) insects, pest infestation, radon gas, lead based paint, mold or environmental issues. Unless otherwise indicated, mechanical systems were not activated or tested.

This appraisal report should not be used to disclose the condition of the property as it relates to the presence/absence of defects. The client is invited and encouraged to employ qualified experts to inspect and address areas of concern. If negative conditions are discovered, the opinion of value may be affected.

**Unless otherwise noted, the appraiser assumes the components that constitute the subject property improvement(s) are fundamentally sound and in working order.**

Any viewing of the property by the appraiser was limited to readily observable areas. Unless otherwise noted, attics and crawl space areas were not accessed. The appraiser did not move furniture, floor coverings or other items that may restrict the viewing of the property.

9. Appraisals involving hypothetical conditions related to completion of new construction, repairs or alteration are based on the assumption that such completion, alteration or repairs will be competently performed.

10. Unless the intended use of this appraisal specifically includes issues of property insurance coverage, this appraisal should not be used for such purposes. Reproduction or Replacement cost figures used in the cost approach are for valuation purposes only, given the intended use of the assignment. The Definition of Value used in this assignment is unlikely to be consistent with the definition of Insurable Value for property insurance coverage/use.

**11. The ACI General Purpose Appraisal Report (GPAR™) is not intended for use in transactions that require a Fannie Mae 1025/Freddie Mac 72 form, also known as the Small Residential Income Property Appraisal Report (2-4 Family).**

**Additional Comments Related To Scope Of Work, Assumptions and Limiting Conditions**



**Appraiser's Certification**

**The appraiser(s) certifies that, to the best of the appraiser's knowledge and belief:**

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are the appraiser's personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3. Unless otherwise stated, the appraiser has no present or prospective interest in the property that is the subject of this report and has no personal interest with respect to the parties involved.

4. The appraiser has no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. The appraiser's engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. The appraiser's compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. The appraiser's analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

8. Unless otherwise noted, the appraiser has made a personal inspection of the property that is the subject of this report.

9. Unless noted below, no one provided significant real property appraisal assistance to the appraiser signing this certification. Significant real property appraisal assistance provided by:

**Additional Certifications:**

**Definition of Value:** [X] Market Value  [ ] Other Value:
**Source of Definition:** USPAP

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

(1) Buyer and seller are typically motivated;
(2) Both parties are well informed or well advised, and acting in what they consider their best interests;
(3) A reasonable time is allowed for exposure in the open market;
(4) Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
(5) The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

ADDRESS OF THE PROPERTY APPRAISED:
39 Primrose Avenue
Mount Vernon, NY  10552
EFFECTIVE DATE OF THE APPRAISAL: 10/04/2018
APPRAISED VALUE OF THE SUBJECT PROPERTY  $ 650,000

**APPRAISER**

Signature: *Michael Lang*
Name: Michael Lang
State Certification #: 45000045694
or License #:
or Other (describe): _____  State #: _____
State: NY
Expiration Date of Certification or License: 08/21/2019
Date of Signature and Report: 10/26/2018
Date of Property Viewing: 10/04/2018
Degree of property viewing:
[X] Interior and Exterior   [ ] Exterior Only   [ ] Did not personally view

**SUPERVISORY APPRAISER**

Signature: _____
Name: _____
State Certification #: _____
or License #: _____
State: _____
Expiration Date of Certification or License: _____
Date of Signature: _____
Date of Property Viewing: _____
Degree of property viewing:
[ ] Interior and Exterior   [ ] Exterior Only   [ ] Did not personally view


Produced using ACI software, 800.234.8727 www.aciweb.com
Page 5 of 5
This form Copyright © 2005-2014 ACI Division of ISO Claims Services, Inc., All Rights Reserved.
(gPAR™) General Purpose Appraisal Report  05/2010
GPAR1025_10 05262010
NY - CT - NJ

| | |
|---|---|
| Client: Spurs Capital | File No.: 39 Primrose Avenue |
| Property Address: 39 Primrose Avenue | Case No.: Harris |
| City: Mount Vernon | State: NY     Zip: 10552 |

**Intended User / Intended Use**

The Intended User of this appraisal is the client. The intended use is to evaluate the property that is the subject of this appraisal for private valuation purposes, subject to the stated scope of work, purpose of the appraisal, reporting requirements of this appraisal report form, and the definition of market value. No additional intended users are identified by your appraiser.

As per the clients request, this report is made "subject to" original three family use, function and layout; interior and exterior in good overall condition, effective age of approximately 20 years, fully functioning mechanicals / systems and no environmental health or safety issues.

**Present Land Use**

It should be noted, " Other " land use in the Present Land Use section of the appraisal report reflects area that may be vacant, town/county owned, parks, cemeteries, country clubs, etc...

**Neighborhood Description**

The indicated neighborhood multi-family housing value range and predominant value reflect the overall prices for all multi-family residences regardless of size, location, amenities, functional utility and condition. These values do not target specific segment of the market. These values assess overall transactions of multi-family residences in the subject area.

**Neighborhood Market Conditions**

Market conditions within the subject's market segment remain stable and are showing signs of improving. This can be attributed to increased demand due to decreased prices and stable, low mortgage interest rates. When appropriately priced to reflect current market conditions properties are selling within 3 months. However, some properties, when overpriced or distressed, experience a longer marketing time. Sales and financing concessions are not typical or common in the subject market. The direction of the subject market will be better understood within the next 3+ months as the homes on the market which are active or pending sell.

**Data Sources**

The data sources utilized in this appraisal report for market data may include HGMLS, Tax Assessor Property Cards / Records for the subject and comparable properties, Realist.com, Real Estate Agents / Local Market Participants, Bing.com and Google Maps (Aerial Views), and your appraisers knowledge of the local market, competing markets and the properties which are being offered for sale or have already transferred. It should be noted that the information stated on the comparable HGMLS listing sheets (GLA, Total Room Count, Bedroom Count, Bathroom Count, Acreage, etc...) may differ from the information reflected in the appraisal report. These differences would reflect discrepancies found between what is listed on the HGMLS listing sheet, public data sources and what the appraiser has concluded from the review of the data sources listed above and/or inspection (interior and/or drive-by) of the properties.

**Highest and Best Use**

The subject is a legally permissible use based on current zoning. Also, the lot size and shape allow the present structure and indicate a good utilization of the improvements. Based on current market conditions, the existing structure as a multi-family residence is its financially feasible and maximally productive use. The highest and best use, as if vacant, would be to construct a similar multi-family residence.

**Comments on Sales Comparison**

Where the difference in GLA of the subject property and that of the comparable is greater than 300/S.F., an adjustment of $50/S.F. has been utilized. All adjustments have been rounded to the nearest $500.

Days on Market for closed sales have been calculated from the contract and or pending date obtained from the local HGMLS for the most recent listing and all consecutive listings of the subject and all comparables when available.

Adjustments have been based off careful review of the comparables HGMLS listing, including interior photos and broker comments, interviews of local market participants and the appraiser's knowledge of the properties processed.

The condition adjustments factored in increments of 5% are meant to account for differences in cosmetic upkeep and level of modernization/renovation throughout the entire home.

The adjustments applied in this report have been derived from a combination of actual and estimated costs, market reaction and interviews of local market participants.

The comparables processed in this appraisal report have been deemed the most recent, relevant and proximate. They have been provided herein and adjusted accordingly.

Due to the lack of more recent similar sales from the subject's market area, it was necessary to process sales with a larger than usual GLA range. The comparables provided are the best available as of the effective date of this report.

| | |
|---|---|
| Client: Spurs Capital | File No.: 39 Primrose Avenue |
| Property Address: 39 Primrose Avenue | Case No.: Harris |
| City: Mount Vernon | State: NY     Zip: 10552 |

Unless adjusted, the location of the subject and the comparables processed are deemed similar and competing.

Your appraiser conducted an extensive search of the subjects market and surrounding competing markets. I considered all relevant sales and listing data, interviewed market participants and surveyed our files. As adjusted, the comparables provided represent a reasonable range for determining the final opinion of value. All adjustments have been applied accordingly. The quality and quantity of the data is considered good and reliable.

Comparables that have closed within the last three to six months have been processed in this report except when comparables which have closed beyond the guideline are deemed most indicative of the subject's market value. Due to the lack of more recent similar sales within the past three to six months, it was necessary to identify and process older sales.

Whenever possible, sales within one mile of the subject property have been utilized. However, many instances arise where the one mile guideline is considered inapplicable and search parameters are extended.

When deemed necessary, comparable(s) requiring adjustments that exceed the suggested guidelines (10% individual, 15% net & 25% gross) have been utilized due to them being the most indicative of the subject market value. The comparables processed in this report were deemed the best available as of the effective date of this report and as adjusted represent a reasonable range of value in developing an opinion of market value for the subject property. The comparable data and sources of information used in this report are considered to be reliable and correct.

Where a highway, freeway or water body exists between the subject and comps the appraiser has determined that it does not create a market division or barrier. Comparable locations would have similar appeal to buyers unless an adjustment has been made for the same.

**Final Reconciliation**

The subject's market area consists of both owner occupied and investor owned 2 to 4 family homes. All three classic approaches to value were considered in this analysis.

The Cost Approach was considered and not developed, as it is based on less reliable market data with regards to quantifiable market derived depreciation.

The Income Approach was considered and not developed, as it is based on less reliable market data.

The Sales Comparison Approach is deemed to best reflect the actions of buyers and sellers in the subject's marketplace and is based on the most reliable market data.

Greatest weight has been given to Comparable #1 for its low net and gross adjustments, sale date and proximity.

No personal property was included in the valuation of the subject property.

**Ending Addendum**

The signature(s) contained in this appraisal report are computer generated (Electronic Signatures) and represent personalized evidence of the work performed by the appraiser as well as the responsibility taken by the appraiser for content, analyses, estimates and opinions in this report. These Electronic Signatures have been used in accordance with the Uniform Standards of Professional Appraisal Practice (USPAP). Only the appraiser(s) has the ability to add/remove these electronic signatures which are secured by a personal identification code.

# USPAP ADDENDUM

Borrower: N/A
Property Address: 39 Primrose Avenue
City: Mount Vernon  County: Westchester  State: NY  Zip Code: 10552
Lender: Spurs Capital

## APPRAISAL AND REPORT IDENTIFICATION

**This report was prepared under the following USPAP reporting option:**

- [ ] **Appraisal Report** — A written report prepared under Standards Rule 2-2(a).
- [X] **Restricted Appraisal Report** — A written report prepared under Standards Rule 2-2(b).

## Reasonable Exposure Time

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is: under 3 months

## Additional Certifications

- [ ] I have performed **NO** services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- [X] I **HAVE** performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

2016 Assessment Grievance

## Additional Comments

---

**APPRAISER:**

Signature: *Michael Lang* (signature)
Name: Michael Lang
Date Signed: 10/26/2018
State Certification #: 45000045694
or State License #:
or Other (describe): _____ State #: _____
State: NY
Expiration Date of Certification or License: 08/21/2019
Effective Date of Appraisal: October 4, 2018

**SUPERVISORY APPRAISER (only if required):**

Signature:
Name:
Date Signed:
State Certification #:
or State License #:
State:
Expiration Date of Certification or License:
Supervisory Appraiser inspection of Subject Property:
- [ ] Did Not
- [ ] Exterior-only from street
- [ ] Interior and Exterior